

# Fourth Court of Appeals
## San Antonio, Texas

September 8, 2016

No. 04-15-00644-CV

Bret **RADCLIFFE**, Robert Radcliffe, and Mamba Minerals, LLC,
Appellants

v.

**TIDAL PETROLEUM, INC.**,
Appellee

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 13-07-00176-CVL
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

On August 24, 2016, this court withdrew its May 11, 2016 opinion and judgment and substituted a new opinion and judgment. A motion for rehearing or en banc reconsideration is due on September 8, 2016. *See* TEX. R. APP. P. 49.1, 49.5, 49.7. A motion for extension of time to file a motion for rehearing is due on September 23, 2016. *See id.* R. 49.8.

On August 31, 2016, Appellee moved this court for a twenty-one-day extension of time to file a motion for rehearing. Appellee's motion is GRANTED. *See id.* Appellee's motion for rehearing is due on September 29, 2016.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of September, 2016.

_____
Keith E. Hottle
Clerk of Court